Howard I. Camhi (SBN 149194)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325
e-mail  hcamhi@ecjlaw.com

Attorneys for Plaintiff Peter A. Davidson,
Receiver for CanAm Capital Corp.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. DAVIDSON, Receiver for CanAm Capital Corp., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS COMPANY, a New York corporation <br><br> Defendant. | CASE NO. CV 12-957-DMG (PLAx) <br><br> **ORDER DISMISSING ACTION [48]** |

The Court, having reviewed the Stipulation to Dismiss entered into between Plaintiff, Peter A. Davidson, Receiver for CanAm Capital Corp., ("Plaintiff"), and Defendant, American Express Company ("Defendant"), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.   The parties' Stipulation is approved.

2.   The Complaint filed against Defendant is dismissed with prejudice in its entirety with each party to bear his or its own attorneys' fees and costs.

DATED:   October 25, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

13325.16 1871063.1:

1

[PROPOSED] ORDER DISMISSING ACTION